IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY DEE SMILEY, | ) |
| | ) |
| Defendant/Movant, | ) |
| | ) |
| v. | ) Case No. 2:09-cv-8020-LSC-JEO |
| | )               2:08-cr-0390-LSC-JEO |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the defendant's motion to vacate, set aside, or correct his conviction and sentence under 28 U.S.C. § 2255 (doc. 1)[1] and his motion for an out-of-time appeal (08-0390 doc. 33)[2] are **DENIED and DISMISSED**.

Done this 24th day of May 2011.

L. SCOTT COOGLER
**UNITED STATES DISTRICT JUDGE**
153671

---

[1] References herein to "Doc. ___" are to the document numbers assigned by the Clerk of the Court.

[2] References herein to "08-0390 Doc. ___" are to the document numbers assigned by the Clerk of the Court in the defendant's original criminal case (*United States v. Jimmy Dee Smiley*, 2:08-cr-00390-LSC-JEO).